PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BEN BACHA, et al. ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | |
| ) | |
| v. ) | Civ. No. 05-cv-2349 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____ ) | |

## MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE

Undersigned counsel respectfully files this Motion to Practice and Entry of Appearance pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of the District Court for the Northern District of California and the California Supreme Court. Counsel's California Bar Number is 209489. Counsel hereby certifies that Petitioner in this case is indigent and counsel is providing representation without compensation.

Dated:   December 16, 2005

_____
Zachary Katznelson
California Bar Number 209489
PO Box 52742
London EC4P 4WS
England
011 44 207 353 4640
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk