PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BEN BACHA, et al., ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | |
| ) | |
| v. ) | 05-cv-02349 (RMC) |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____) | |

**MOTION FOR ENTRY OF PROTECTIVE ORDER**

Petitioners move for entry of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)), the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, and the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004, in the *In re Guantanamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green.  See Exhibits 1-3.

Entry of these Orders would permit counsel the opportunities accorded in other pending Guantánamo Bay prisoner cases in which the Orders have been entered: the opportunity to send mail to petitioners by way of the legal mail procedures outlined in the Orders and to visit petitioners at Guantánamo Bay, upon compliance with the terms of the Orders.

1

PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioners conferred with Respondents' counsel on December 12, 2005 regarding the relief sought in this motion. Respondents' counsel stated he could not consent to entry of Orders as Respondents intended to file a motion for an order to show cause why this case should not be dismissed for lack of proper next friend standing. As of close of business, December 16, 2005, Petitioners' counsel has received no notice of such a motion actually being filed. If and when such a motion is filed, Petitioners will vigorously contest it. Petitioners fully expect Respondents to move quickly – Petitioner Ahmed Ben Bacha has been without counsel for more than three years, he urgently wishes to have counsel, and Respondents' motion will be wholly without merit. After all, Respondents can hardly expect to hold Mr. Ben Bacha effectively incommunicado for several years, and then demand exacting proof of his wishes, before he has been allowed to even meet with counsel.

Petitioners recognize that national security information is potentially involved in representation of these prisoners. Therefore, counsel wishes to take every precaution to verify the procedures counsel must follow to ensure protection of that information. Entry of the Protective Order and its supplemental orders has been routine to date in cases relating to Guantánamo Bay prisoners. See, e.g., Deghayes v. Bush, 04-CV-2215 (RMC), Docket Entry #7 (February 22, 2005).

Further, counsel has repeatedly had difficulty in the past with Respondents arranging trips to Guantánamo Bay to visit clients. Respondents have denied counsel the opportunity to visit, or curtailed the possible visits, claiming logistical difficulties.

2

PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

  Counsel filed Mr. Ben Bacha's petition on December 8, 2005. Counsel did this because Mr. Ben Bacha had wanted representation for months, but no other lawyer had agreed to take on his case. Counsel has taken on this case without payment, as all these cases have been to date. Because Mr. Ben Bacha was a British resident, and counsel has represented most of the British residents to date, counsel agreed to file the petition.

  Respondents have had plenty of time to raise the issue of standing, and have simply not done so until the Christmas holiday loomed, making it very difficult to resolve the issues in time for the long-scheduled visit. It was October 29, 2005, when counsel advised Respondents of his intention to schedule his up-coming visit, yet counsel did not receive a response until December 5, 2005 – more than five weeks later. Meanwhile, on November 11, 2005, counsel specifically scheduled a meeting to see Mr. Ben Bacha on January 7, 2006. Even though Respondents belatedly announced their intent, on December 12, 2006, to contest standing, they still have not done so.

  In light of Respondents' prior resistance to visits, Counsel fears that without the requested protective and supplemental orders in place, Respondent's counsel will attempt to bar a visit to see Petitioner. The requested orders contain guidelines as to the procedures for arranging meetings with clients and will hopefully obviate the necessity of counsel having to petition this Court for access to Mr. Ben Bacha.

  Denial of a visit would be decidedly unjust. Counsel believes Petitioner has been held without access to counsel for over three years. Petitioner must be able to communicate with counsel, a right inherent in his right to access the courts. See Rasul v. Bush, 542 U.S. 466, 484, 124 S.Ct. 2686 (2004) ("We therefore hold that § 2241 confers on the District Court jurisdiction to hear petitioners' habeas corpus challenges to the

3

PREVIOUSLY FILED WITH THE CSO
AND CLEARED FOR PUBLIC FILING

legality of their detention at the Guantanamo Bay Naval Base."); Powell v. Alabama, 287 U.S. 45, 69, 53 S.Ct. 55 (1932) (recognizing "[e]ven the intelligent and educated layman ... requires the guiding hand of counsel at every step in the proceedings against him.").

Therefore, Counsel respectfully requests that this Court enter the requested Orders.

Dated: December 16, 2005

                                      Respectfully submitted,

                                      /s
                                    _____
                                    James W. Beane Jr.
                                    U.S. District Court for the
                                    District of Columbia Bar No. 444920
                                    803 Florida Avenue, N.W.
                                    Washington, D.C. 20001
                                    (202) 257-3920 (tel)
                                    (703) 354-3456 (fax)
                                    e-mail: beane.law@verizon.net

                                    Clive A. Stafford Smith
                                    636 Baronne Street
                                    New Orleans, La. 70113
                                    (504) 558 9867
                                    e-mail: clivess@mac.com

                                    Zachary Katznelson
                                    P.O. Box 52742
                                    London EC4P 4WS
                                    England
                                    011 44 207 353 4640
                                    e-mail: zachary@reprieve.org.uk

                                    *Counsel for Petitioners*