IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AHMED BEN BACHA, et al.** ) | |
| ) | |
| *Petitioners/Plaintiffs*, ) | |
| ) | |
| v. ) | **Civ. No. 05-cv-2349 (RMC)** |
| ) | |
| **GEORGE W. BUSH, et al.,** ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____ ) | |

**MOTION TO WITHDRAW MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Withdraw the Motion to Practice and Entry of Appearance filed today, December 22, 2005.

On December 8, 2005, Counsel filed a certificate of representation without compensation pursuant to Local Civil Rule 83.2(g) together with Petitioner's original habeas petition. On that day, the Court created an ECF/PACER file for this action, but listed only James Beane as Counsel of record. Not seeing his name as attorney of record, on December 16, 2005, Counsel drafted a Motion to Practice and sent it to be filed with the CSO. However, on December 19, 2005, the Court entered Counsel as attorney of record in this action. Since Counsel has now been entered as attorney of record, the Motion to Practice just filed in the public record is no longer necessary. Counsel wishes to be clear, however, that he wishes to

remain as attorney of record. Counsel apologizes for any inconvenience this may have caused the Court.

Dated:     December 22, 2005

_____
Zachary Katznelson
California Bar Number 209489
PO Box 52742
London EC4P 4WS
England
011 44 207 353 4640
011 44 207 353 4641 (fax)
zachary@reprieve.org.uk

*Counsel for Petitioners*