IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| RAVIL MINGASA GAMIL, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2010 (JR) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| JABBAROW OYBEK JAMOLIVICH, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2112 (RBW) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2201 (ESH) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| MOHAMMED AL AMIN, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>)<br>) |
| v. | ) Civil Action No. 05-CV-2336 (PLF)<br>) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>)<br>) |
| GHASSAN ABDULLAH AL<br>    SHARBI, *et al.*, | )<br>)<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2348 (EGS)<br>) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |
| AHMED BEN BACHA, *et al.*, | )<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-CV-2349 (RMC)<br>) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

|  |  |
|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-2367 (RWR) |
| ABDULLAH ALI SALEH GERAB ALSAAEI, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-2369 (RWR) |
| ABDUR RAZAKAH, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-2370 (EGS) |

| | | |
|---|---|---|
| AHMED AL DARBY, *et al.,* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2371 (RCL) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL HALEEM, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2376 (RBW) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL HAMID ABDUL SALAM<br>    AL-GHIZZAWI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2378 (JDB) |
| GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2379 (JR) |
| ZAKARIA AL-BAIDANY, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2380 (CKK) |
| ISMAIL ALI AL RAMMI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-2381 (JDB) |

| | | |
|---|---|---|
| SALIM SAID, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2384 (RWR) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| AMER MOHAMMON, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2386 (RBW) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| JOBRAN SAAD AL-QUHTANI, *et al.,* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2387 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| THABID, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )   Civil Action No. 05-CV-2398 (ESH) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | |
| ALKHADR ABDULLAH AL YAFIE, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )   Civil Action No. 05-CV-2399 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | |
| MOHAMMAD RIMI, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )   Civil Action No. 05-CV-2427 (RJL) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

|  |  |  |
|---|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2444 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2452 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

| | |
|---|---|
| ANWAR KHAN, *et al.*,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH,  )<br>President of the United States,  )<br>*et al.*,  )<br>)<br>Respondents.  )<br>) | Civil Action No. 05-CV-2466 (RCL) |
| MUBARK HUSSEIN, *et al.*,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH,  )<br>President of the United States,  )<br>*et al.*,  )<br>)<br>Respondents.  )<br>) | Civil Action No. 05-CV-2467 (PLF) |
| AHMED AL-DELEBANY, *et al.*,  )<br>)<br>Petitioners,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH,  )<br>President of the United States,  )<br>*et al.*,  )<br>)<br>Respondents.  )<br>) | Civil Action No. 05-CV-2477 (RMU) |

| | |
|---|---|
| GHANIM-ABDULRAHMAN AL-HARBI, *et al.*, | ) ) ) ) |
| Petitioners, | ) ) |
| v. | ) )  Civil Action No. 05-CV-2479 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) |
| Respondents. | ) ) ) |

## ATTORNEY APPEARANCE

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: January 5, 2006                Respectfully submitted,

                                                               PETER D. KEISLER
                                                               Assistant Attorney General

                                                               KENNETH L. WAINSTEIN
                                                               United States Attorney

                                                               DOUGLAS N. LETTER
                                                               Terrorism Litigation Counsel

                                                                 /s/ Terry M. Henry
                                                               JOSEPH H. HUNT (D.C. Bar No. 431134)
                                                               VINCENT M. GARVEY (D.C. Bar No. 127191)
                                                               TERRY M. HENRY
                                                               JAMES J. SCHWARTZ
                                                               PREEYA M. NORONHA
                                                               ROBERT J. KATERBERG
                                                               NICHOLAS J. PATTERSON
                                                               ANDREW I. WARDEN
                                                               EDWARD H. WHITE

                    MARC A. PEREZ
                    Attorneys
                    United States Department of Justice
                    Civil Division, Federal Programs Branch
                    20 Massachusetts Ave., N.W.  Room 7144
                    Washington, DC  20530
                    Tel:  (202) 514-4107
                    Fax:  (202) 616-8470

                    Attorneys for Respondents