1. My name is Yvette Firth. My date of birth is 17th August 1973.
2. I know Ahmed Ben Bacha because I was his line manager at a laundry in Bournemouth. He worked with me on and off from 1999 through to 2001. He was an Algerian refugee. His spoken English was not good and he relied on his friends for reading and writing in English. He was always polite, hardworking and punctual which is why I was always happy to reemploy him when the work was available. He also worked worked at another laundry in Bournemouth during this time, when he was not working with us.
3. I understand what it means to be a next friend.
4. I hereby authorise Clive Stafford Smith, Zachary Katznelson and any other attorney that they designate to bring an action on behalf of Ahmed Ben Bacha.
5. I hereby swear under penalty of perjury under the laws of the United States that everything in this Affidavit is true to the best of my belief and knowledge.
6. Signed: Yvette Firth.

Bournemouth, Dorset, England. 16th January 2006.

7. Witnessed by Luci Carolan.

Bournemouth, Dorset, England. 16th January 2006.