

# تصريح بالتمثيل القضائي في المحاكم و المجالس القضائية

أنـــا المــدعو الـــسيد بلباشــا صـــالح ، أب المـــدعو بلباشـــا أحمــد المولـــود بتــاريخ 13 نـــوفمبر 1969 بـــالجزائر ، مـــن جنـــسية جزائريـــة و الـــذي هـــو حاليـــا معـــتقلا بـ GUANTANAMO BAY .

أنـــا بعلــم أن ابنــي أحمــد بلباشــا فـــي حاجـــة الـــى لمتثيلـــه قانونـــا ، و لهـــذا الغـــرض اســمح للمـــدعوين "Zachary Katzneson" و المـــدعو " Clive Stafford Smith " ممـــثلان قانونيـــان فـــي المعتقـــل ولأي شـــخص أو جمعيـــة مفوضـــة مـــن طـــرفهم لتمثيـــل ابنـــي فـــي مختلـــف المجـــالس و المحـــاكم القـــضائية فـــي الولايـــات المتحـــدة الأمريكيـــة لا ســيما اقتنـــاء و طلــب أيـــة معلومـــات و وثـــائق اللازمـــة للـــدفاع عـــن مـــصلحة ابني و حقوقه المختلفة.

التاريخ : 1 2 أفريل 2006

الإمضاء:بلباشا صالح ..............................

الشهود :

الاسم و اللقب: ......................... الإمضاء ..............................

الاسم و اللقب : ......................... الإمضاء ..............................

## AUTHORISATION FOR REPRESENTATION BEFORE COURTS

I, the undersigned, Mr BELBACHA Salah, father of BELBACHA Ahmed, born on 13th November 1969 in Algiers, Algerian, who is now jailed in GUANTANAMO Bay camp.

I know that my son BELBACHA Ahmed needs to be legally represented, consequently I authorize the lawyers Zachary Katzneson and Clive Stafford Smith to be lawyers of my son in the camp and authorize any person or association delegate by them to represent my son before the different courts in the United States of America mainly collecting and requesting any information and documents necessary to defend interests and rights of my son.

Date: 12 April 2006

Follows signatures of

**Father:** BELBACHE Salah

And witnesses

1. BELHADDAD Fateh
2. KELLOU Kamel Eddine

**Follows the authentification stamp of signature of
Algiers town hall and the round stamp and signature
The deputy of the President of the town hall in charge
Of education, sport and environment**



أستاذ بوطفان عمار
Mr BOUTAGHANE Amar
TRADUCTEUR - INTERPRETE OFFICIEL
08, Rue CHAREF Djillali Boufarik
Mob  075.52.44.96