CLEARED FOR PUBLIC FILING BY DEPARTMENT OF JUSTICE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                  :

**AHMED BEN BACHA**,[1]             :

                                  :
             Petitioner,              :
                                  :
          v.                          : Civil Action No. 05-2349 (RMC)
                                  :
**GEORGE W. BUSH,** *et al.*,       :
                                  :
           Respondents.          :
                                  :
———————————————————— x

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner Ahmed Belbacha hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated July 27, 2007, denying Mr. Belbacha's Emergency Motion for Order Enjoining Transfer of Petitioner to Likely Abuse and Torture in Algeria (dkt. no. 27).

Dated: July 27, 2007

                                Respectfully submitted,

                                Zachary Katznelson
                                California Bar Number 209489
                                Reprieve
                                PO Box 52742
                                London EC4P 4WS
                                United Kingdom
                                011 44 207 353 4640 (ph)
                                011 44 207 353 4641 (fax)
                                zachary@reprieve.org.uk

                                *Counsel for Petitioner*

---

[1] Counsel has learned since filing Petitioner's original habeas petition that Petitioner's family name is correctly spelled Belbacha, rather than Ben Bacha.