CLEARED FOR PUBLIC FILING BY DEPARTMENT OF JUSTICE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

————————————————— x
:
**AHMED BEN BACHA**,[1] :
:
       Petitioner, :
:
       v. : Civil Action No. 05-2349 (RMC)
:
**GEORGE W. BUSH**, *et al.*, :
:
       Respondents. :
:
————————————————— x

## NOTICE OF APPEAL

NOTICE is hereby given that Petitioner Ahmed Belbacha, by and through his next friend, Salah Belbacha, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order dated July 27, 2007, denying Mr. Belbacha's Emergency Motion for Order Enjoining Transfer of Petitioner to Likely Abuse and Torture in Algeria (dkt. no. 27).

Dated: August 2, 2007

                                        Respectfully submitted,

                                        Zachary Katznelson
                                        California Bar Number 209489
                                        Reprieve
                                        PO Box 52742
                                        London EC4P 4WS
                                        United Kingdom
                                        011 44 207 353 4640 (ph)
                                        011 44 207 353 4641 (fax)
                                        zachary@reprieve.org.uk

---

[1] Counsel has learned since filing Petitioner's original habeas petition that Petitioner's family name is correctly spelled Belbacha, rather than Ben Bacha.

CLEARED FOR PUBLIC FILING BY DEPARTMENT OF JUSTICE

*Counsel for Petitioner*