IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BEN BACHA, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 05-CV-2349 (RMC) |

**UNOPPOSED MOTION TO RELEASE THE SEALED PORTIONS OF THE JULY 27, 2007 TRANSCRIPT OF PROCEEDINGS TO COUNSEL FOR THE PARTIES**

Respondents hereby move the Court for an order releasing the July 27, 2007 transcript of proceedings in the above-captioned case to counsel for the parties. In support of this motion, respondents state as follows:

1. On July 27, 2007, the Court held a hearing on petitioner's emergency motion for a temporary restraining order to enjoin any transfer of petitioner by respondents from Guantanamo Bay to Algeria. The concluding portion of that hearing was conducted under seal in order to discuss information designated as "protected information" pursuant to orders in another Guantanamo Bay detainee habeas case.

2. Based on a recent telephone conversation with the Court's court reporter, Ms. Jackie Sullivan, it is undersigned counsel's understanding that the transcript of the July 27, 2007 proceedings is now complete, but because of the sealed nature of a portion of the proceedings, the transcript cannot be released to counsel for the parties absent an order from the Court.

1

Accordingly, respondents seek an order from the Court authorizing release of the July 27, 2007 transcript to counsel for the parties.

3. Respondents also request that only the public portion of the transcript be available for public inspection and review. The sealed portion of the July 27, 2007 transcript should remain under seal pending further order from the Court.

4. Pursuant to Local Civil Rule 7(m), respondents' counsel has conferred with counsel for petitioner, who consents to the relief requested in this motion.

For the reasons stated above, the Court should authorize release of the July 27, 2007 transcript of proceedings to counsel for the parties. A proposed order is attached.

Dated: September 4, 2007                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel


                                              /s/   Andrew I. Warden
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            JUDRY L. SUBAR (D.C. Bar No. 347518)
                                            TERRY M. HENRY
                                            JAMES J. SCHWARTZ
                                            JAMES C. LUH
                                            ROBERT J. KATERBERG
                                            ANDREW I. WARDEN (IN Bar No. 23840-49)
                                            JAMES C. LUH
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave., N.W.
                                            Washington, DC  20530
                                            Tel: (202) 616-5084

Fax: (202) 616-8470
E-mail: Andrew.Warden@usdoj.gov

Attorneys for Respondents