IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BEN BACHA, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-2349 (RMC) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

## [~~Proposed~~] ORDER

Upon consideration of respondents' unopposed motion to release sealed portions of the July 27, 2007 transcript of proceedings to counsel for the parties, it is hereby ORDERED

(1) the July 27, 2007 transcript of proceedings shall be released to counsel for the parties;

(2) the sealed portions of the July 27, 2007 transcript shall be treated and handled as "protected information" pursuant to the protective orders entered in this case, *see* Minute Order (Aug. 4, 2006); and

(3) only the unsealed, public portion of the July 27, 2007 transcript shall be made available for public inspection and review.

DATED: 4 Sept 2007

_____
UNITED STATES DISTRICT JUDGE