CLEARED FOR PUBLIC FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BELBACHA, et al.<br><br>*Petitioners/Plaintiffs,*<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents/Defendants.* | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-cv-2349 (RMC)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

Please take notice and enter the appearance of David H. Remes, Covington & Burling LLP, 1201 Pennsylvania Ave., N.W. Washington, D.C. 20004-2401, as additional counsel for Petitioners. Please include Mr. Remes among the counsel who receive electronic notifications in the case.

/s/ David H. Remes
David H. Remes
dremes@cov.com
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-5212 (tel)
(202) 778-5212 (fax)

Counsel for Petitioners

April 29, 2008
Washington, DC