CLEARED FOR PUBLIC FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BELBACHA, et al. ) <br> ) <br> *Petitioners/Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> *Respondents/Defendants*. ) <br> ) | Civ. No. 05-cv-2349 (RMC) |

### NOTICE OF APPEARANCE

Please take notice and enter the appearance of David H. Remes, Covington & Burling LLP, 1201 Pennsylvania Ave., N.W. Washington, D.C. 20004-2401, as additional counsel for Petitioners. Please include Mr. Remes among the counsel who receive electronic notifications in the case.

*David H. Remes*
David H. Remes
dremes@cov.com
D.C. Bar No. 370782
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-5212 (tel)
(202) 778-5212 (fax)

Counsel for Petitioners

April 29, 2008
Washington, DC