CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **AHMED BEN BACHA (BELBACHA)**, | ) ) ) | |
| *Petitioner*, | ) ) | Civil Action No. 05-2349 (RMC) |
| *v.* | ) ) | |
| **GEORGE W. BUSH**, *et al.*, | ) ) | |
| *Respondents*. | ) ) ) | |
| _____ | ) | |

**MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Ahmed Belbacha, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a).  Counsel is a member in good standing of the Bar of New York.  Counsel hereby certifies that Petitioner in this case is indigent and that counsel is providing representation without compensation.

Dated:    29 April 2008

Cori Crider<br>
Member of NY Bar<br>
Reprieve<br>
PO Box 52742<br>
London EC4P 4WS<br>
United Kingdom<br>
011 44 207 353 4640<br>
011 44 207 353 4641 (fax)<br>
cori@reprieve.org.uk