IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AHMED BEN BACHA (BELBACHA)**, | ) |
| *Petitioner*, | ) |
| v. | ) Civ. No. 05-2349 (RMC) |
| **GEORGE W. BUSH**, *et al.*, | ) |
| *Respondents*. | ) |

## UNOPPOSED MOTION TO VACATE BRIEFING SCHEDULE

Petitioner respectfully requests that the Court vacate its briefing schedule of May 14, 2008, pending the Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195. Such relief is warranted because the Supreme Court's decision may bear on issues of jurisdiction and available relief in this action. *See, e.g.*, *Belbacha v. Bush*, D.C. Cir. No. 07-2528, slip op. 5 (Mar. 14, 2008) ("Should the Supreme Court hold in *Boumediene* that a detainee at Guantánamo Bay may petition for a writ of habeas corpus to challenge his detention, and should the district court conclude that Belbacha's detention is unlawful, then the Executive might be without authority to transfer him to Algeria.").

The government does not oppose this motion.

Respectfully submitted,

Dated: May 27, 2008    _____

Zachary Katznelson
Clive Stafford Smith
Cori Crider
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640 (ph)
011 44 207 353 4641 (fax)

zachary@reprieve.org.uk

David H. Remes (D.C. Bar No. 370782)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
202-662-5212
dremes@cov.com

*Counsel for Petitioner*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **AHMED BEN BACHA (BELBACHA)**,  )<br>)<br>*Petitioner*,  )<br>)<br>v.  )<br>)<br>**GEORGE W. BUSH**, *et al.*,  )<br>)<br>*Respondents*.  )<br>_____) | Civ. No. 05-2349 (RMC) |

## [PROPOSED] ORDER VACATING BRIEFING SCHEDULE

Upon consideration of Petitioner's Unopposed Motion to Vacate Briefing Schedule, it is hereby

ORDERED, that the briefing schedule established by the Court on May 14, 2008 is vacated, pending the Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195.

DATED:_____          _____
                                United States District Judge