UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMED BEN BACHA (BELBACHA),<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2349 (RMC)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

In light of the Supreme Court's decision in *Boumediene v. Bush*, No. 06-1195 (June 12, 2008), it is hereby

**ORDERED** that Respondents are enjoined from transferring Petitioner Ahmed Belbacha from Guantanamo Bay to Algeria pending briefing and resolution of the issues left unresolved in *Boumediene* which the Supreme Court left to be decided by the District Court in the first instance.

**SO ORDERED**.


Date: June 13, 2008                                 /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge