# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-5258                                        September Term, 2007
                                                   FILED ON:

AHMED BELBACHA,
              APPELLANT

SALAH BELBACHA, AS NEXT FRIEND OF AHMED BELBACHA,
              APPELLEE

v.

GEORGE W. BUSH, ET AL.,
              APPELLEES



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAR 1 4 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02349)

Before: GINSBURG, RANDOLPH, and GRIFFITH, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby remanded, in accordance with the opinion of the court filed herein this date. It is

**FURTHER ORDERED** that this court's administrative injunction of December 31, 2007 be dissolved upon resolution by the district court of Belbacha's motion for a preliminary injunction barring his transfer to Algeria.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 5/5/08
BY:
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: March 14, 2008

Opinion for the court filed by Circuit Judge Ginsburg.
Dissenting opinion filed by Circuit Judge Randolph.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk