UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) | Civil Action No. 05-CV-2349 |

**NOTICE OF APPEAL**

NOTICE is hereby given that all respondents in the above-referenced matters hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court dated June 13, 2008, and docketed on June 13, 2008 as Docket Entry 44 in Civil Action 05-2349, in its entirety.  Further, to the extent to which the Order of this Court dated June 10, 2008, and docketed on June 10, 2008 as Docket Entry 43 in Civil Action 05-2349, remains operative, all respondents in the above-referenced matters hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from that Order except insofar as that Order vacated the briefing schedule ordered on May 14, 2008 in Docket Entry 42 in Civil Action 05-2349.

Dated: August 8, 2008            Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)

Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel:  (202) 305-0169
Fax:  (202) 616-8470

Attorneys for Respondents