UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION<br>) ) ) ) ) | Misc. No. 08-442 (TFH)<br>Civil Action Nos. 04-CV-1254 and,<br>04-CV-1194, 04-CV-1937, 04-CV-2022,<br>04-CV-2215, 05-CV-0270, 05-CV-0329,<br>05-CV-0359, 05-CV-0492, 05-CV-0520,<br>05-CV-0526, 05-CV-0748, 05-CV-0764,<br>05-CV-0877, 05-CV-0883, 05-CV-0892,<br>05-CV-0993, 05-CV-0999, 05-CV-1124,<br>05-CV-1244, 05-CV-1347, 05-CV-1429,<br>05-CV-1457, 05-CV-1490, 05-CV-1555,<br>05-CV-1592, 05-CV-1601, 05-CV-1607,<br>05-CV-1623, 05-CV-1638, 05-CV-1678,<br>05-CV-1983, 05-CV-2104, 05-CV-2185,<br>05-CV-2186, 05-CV-2249 05-CV-2349,<br>05-CV-2367, 05-CV-2379, 05-CV-2380,<br>05-CV-2386, 05-CV-2479, 06-CV-1668,<br>06-CV-1766, 06-CV-1767, 07-CV-1710,<br>07-CV-2337, 07-CV-2338, 08-CV-1221,<br>08-CV-0987, 08-CV-1185, 08-CV-1230,<br>08-CV-1231, 08-CV-1233, 08-CV-1235,<br>08-CV-1236, 08-CV-1237, 08-CV-1238,<br>08-CV-1440<br><br>Counsel in each of the above cases will file separate notices listing the individual Petitioners who are joining this motion. |

**NOTICE OF FILING AND SUMMARY OF PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER**

As required by the Amended Protective Order in this matter, undersigned counsel hereby give notice that on September 8, 2008, a copy of Petitioners' Response To Respondents' Motion For Relief From Scheduling Order was delivered to the Court Security Officer for clearance for public filing.

The Response asks the Court to strike or deny Respondents' Motion and to enforce compliance with the Court Order of July 11, 2008.

The Response will be filed via the Electronic Case Filing ("ECF") system when it has been cleared for public viewing by the Court Security Office.

                          Respectfully submitted,

                          /s/
                          _____
                          David H. Remes
                          D.C. Bar. No. 370372
                          APPEAL FOR JUSTICE
                          1106 Noyes Drive
                          Silver Spring, MD 20910
                          (202) 669-6508 (phone)
                          remesdh@gmail.com

                          S. William Livingston
                          D.C. Bar. No. 59005
                          Alan A. Pemberton
                          D.C. Bar. No. 367108
                          COVINGTON & BURLING LLP
                          1201 Pennsylvania Ave., N.W.
                          Washington, DC 20004-2401
                          (202) 662-6000 (phone)
                          (202) 778-6000 (fax)
                          wlivingston@cov.com
                          apemberton@cov.com

                          Marc D. Falkoff
                          D.C. Bar No. 491149
                          NORTHERN ILLINOIS UNIVERSITY
                          COLLEGE OF LAW
                          DeKalb, IL 60614
                          (347) 564-5043 (phone)
                          (815) 753-9301 (fax)
                          mdf19@columbia.edu

                          *Counsel for Petitioners*
                          *Civil Action No. 04-CV-1254*

September 8, 2008
Washington, DC