**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | ) Misc. No. 08-mc-442 (TFH)<br>)<br>) Civil Action Nos.<br>)<br>) 02-cv-0828, 04-cv-1136, 04-cv-1164, 04-cv-1937, 04-cv-2022,<br>) 04-cv-2035, 04-cv-2046, 04-cv-2215, 05-cv-0247, 05-cv-0270,<br>) 05-cv-0280, 05-cv-0329, 05-cv-0359, 05-cv-0392, 05-cv-0409,<br>) 05-cv-0492, 05-cv-0569, 05-cv-0583, 05-cv-0634, 05-cv-0748,<br>) 05-cv-0763, 05-cv-0877, 05-cv-0879, 05-cv-0880, 05-cv-0881,<br>) 05-cv-0883, 05-cv-0886, 05-cv-0889, 05-cv-0892, 05-cv-0993,<br>) 05-cv-0994, 05-cv-0995, 05-cv-0999, 05-cv-1012, 05-cv-1013,<br>) 05-cv-1048, 05-cv-1189, 05-cv-1220, 05-cv-1234, 05-cv-1236,<br>) 05-cv-1239, 05-cv-1244, 05-cv-1310, 05-cv-1312, 05-cv-1347,<br>) 05-cv-1353, 05-cv-1429, 05-cv-1457, 05-cv-1458, 05-cv-1490,<br>) 05-cv-1497, 05-cv-1504, 05-cv-1506, 05-cv-1555, 05-cv-1592,<br>) 05-cv-1601, 05-cv-1602, 05-cv-1607, 05-cv-1623, 05-cv-1638,<br>) 05-cv-1639, 05-cv-1645, 05-cv-1646, 05-cv-1679, 05-cv-1704,<br>05-cv-1725, 05-cv-1971, 05-cv-1983, 05-cv-2010, 05-cv-2088,<br>05-cv-2185, 05-cv-2186, 05-cv-2199, 05-cv-2201, 05-cv-2248,<br>05-cv-2249, 05-cv-2348, 05-cv-2349, 05-cv-2370, 05-cv-2371,<br>05-cv-2378, 05-cv-2379, 05-cv-2380, 05-cv-2381, 05-cv-2398,<br>05-cv-2444, 06-cv-0618, 06-cv-1668, 06-cv-1684, 06-cv-1690,<br>06-cv-1725, 06-cv-1758, 06-cv-1759, 06-cv-1761, 06-cv-1765,<br>06-cv-1766, 06-cv-1767, 07-cv-1710, 07-cv-2337, 07-cv-2338,<br>08-cv-1085, 08-cv-1101, 08-cv-1153, 08-cv-1173, 08-cv-1207,<br>08-cv-1222, 08-cv-1224, 08-cv-1227, 08-cv-1228, 08-cv-1229,<br>08-cv-1230, 08-cv-1231, 08-cv-1232, 08-cv-1233, 08-cv-1234,<br>08-cv-1235, 08-cv-1236, 08-cv-1237, 08-cv-1238, 08-cv-1310,<br>08-cv-1360, 08-cv-1440, 08-cv-1805, 08-cv-1828, 08-cv-1923,<br>08-cv-2019, 08-cv-2083, 09-cv-0031, 09-cv-0745, 09-cv-0873,<br>09-cv-0904, 09-cv-1332, 09-cv-1385, 09-cv-1460, 09-cv-1461,<br>09-cv-1462, 09-cv-2368 |

**NOTICE OF FILING OF COORDINATED MOTION:
RESPONDENTS' MOTION TO AMEND AND FOR CLARIFICATION OF THE
COURT'S JANUARY 14, 2010 ORDER REGARDING PUBLIC RETURNS**

Respondents hereby provide notice that they filed under seal with the Court through the

Court Security Office today Respondents' Motion to Amend and for Clarification of the Court's

January 14, 2010 Order Regarding Public Returns, for filing in connection with the 08-mc-0442

docket. The coordinated motion is directed to Judge Hogan who, as the coordinating judge for

these Guantanamo Bay habeas cases, issued the order that Respondents seek to amend and clarify through their motion.

Respondents' motion to Judge Hogan seeks three forms of relief relating to the January 14, 2010 Order (08-mc-0442, Dkt. No. 1896): 1) an extension of time until July 14, 2010, to complete the processing of proposed publicly releasable returns as required by the Order and submit them to petitioners' counsel, 2) a ruling that sensitive but unclassified information within one of six specifically defined categories, set forth below, may appropriately be designated as "protected" information, and 3) clarification that Respondents need not submit a memorandum justifying individual designations of protected information in a proposed public return unless and to the extent that either the petitioner's counsel or the respective Merits Judge takes issue with a specific designation.

Respondents expect that the six specific categories covered by Respondents' motion and described as follows will account for the vast majority of the information within the reprocessed factual returns that Respondents seek to deem "protected" pursuant to the Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (Sept. 11, 2008, Dkt. No. 409). The six categories are:

    A.    Names and/or other information that would tend to identify certain U.S. government employees, FBI Joint Terrorism Task Force members, or contractors — specifically, law enforcement officers, agents, translators, intelligence analysts, or interrogators, all below the Senior Executive Service or General Officer level — or the family members of detainees;

    B.    Information that would reveal the existence, focus, or scope of law enforcement or intelligence operations, including the sources, witnesses, or methods used and the identity of persons of interest;

    C.    Information indicating the names or locations, including geo-coordinates, of locations of interest as they pertain to counter-terrorism intelligence gathering, law enforcement, or military operations, where the Government has not previously acknowledged publically its knowledge of those names or locations;

    D.    Information that would reveal the Government's knowledge of telephone numbers, websites, passwords, passcodes, and e-mail addresses used by known or suspected terrorists, or discussions of the manner in which known or suspected terrorists use these methods for communications with one another;

    E.    Information regarding the use, effectiveness, or details regarding the implementation of certain interrogation approaches and techniques approved by Executive Order 13491 and described in the Army Field Manual No. 2-22.3.

    F.    Certain administrative data, operational "nicknames," code words, dates of acquisition, including dates of interrogations, and FBI case names and file numbers, contained in the intelligence documents included in the factual returns.

Attached to Respondents' motion and also filed with the Court through the Court Security Office were: a) Certificate of Service;* b) Memorandum of Points and Authorities in Support of Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order Regarding Public Returns (Classified); c) Proposed Order;* and d) the following exhibits:

1. Declaration I of Officer, DoD Security Classification/ Declassification Review Team, dated April 14, 2010;*

2. Declaration, Central Intelligence Agency, dated March 26, 2010 (Classified);

3. Declaration II of Officer, DoD Security Classification/ Declassification Review Team, dated April 14, 2010 (Classified);

4. Declaration, Federal Bureau of Investigation, Counterterrorism Division, dated April 1, 2010 (Classified);

5. Sealed Opinion of the U.S. Court of Appeals for the District of Columbia Circuit;

---

\*   Items designated with an asterisk on this Notice are included as exhibits to this Notice.

6. *Parhat v. Gates*, Order and Memorandum, No. 06-1397 (D.C. Cir. Sept. 2, 2008);[*]

7. December 8, 2004 Order (02-cv-0299; Dkt. No. 138) (Green, J.);*

8. January 31, 2005 Order (02-cv-0299; Dkt. No. 155) (Green, J.);*

9. Sample Cover Letter Accompanying Highlighted Factual Return When Served on Individual Petitioners' Counsel to Meet and Confer;* and

10. Sample Reprocessed Proposed Public Return, Marked Pursuant to the January 14, 2010 and June 1, 2009 Orders (Protected Information).

Ten copies of Respondents' motion and its exhibits have been provided to the Court Security Office for service on petitioners' counsel at the habeas secure facility.

Dated:  April 14, 2010　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　TONY WEST
　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　Branch Director

　　　　　　　　　　　　　　　　　　　TERRY M. HENRY
　　　　　　　　　　　　　　　　　　　JAMES J. GILLIGAN
　　　　　　　　　　　　　　　　　　　Assistant Branch Directors


　　　　　　　　　　　　　　　　　　　 /s/ Andrew Warden
　　　　　　　　　　　　　　　　　　　ANDREW I. WARDEN (IN Bar No. 23840-49)
　　　　　　　　　　　　　　　　　　　LISA ZEIDNER MARCUS
　　　　　　　　　　　　　　　　　　　Trial Attorneys

　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　20 Massachusetts Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Washington, DC 205301
　　　　　　　　　　　　　　　　　　　TEL: (202) 514-616-5084

　　　　　　　　　　　　　　　　　　　Attorneys for Respondents

---

[*] Items designated with an asterisk on this Notice are included as exhibits to this Notice.