**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AHMED BELBACHA,** *et al.*, )<br>)<br>Petitioners )<br>)<br>v. )<br>)<br>**BARACK H. OBAMA,** *et al.*, )<br>)<br>Respondents. )<br>) | No. 05-cv-2349 (RMC) |

**NOTICE OF FILING UNDER SEAL**

On July 13, 2010, Petitioner filed under seal an emergency motion to enjoin the transfer of petitioner to Algeria pending the Supreme Court's disposition of an emergency application to stay the transfer of another Algerian detainee, Farhi Mohammed (No. 05-cv-1347), to Algeria.

Respectfully submitted,

/s/
_____
David H. Remes.
D.C. Bar No. 370782
Appeal for Justice
202-669-6508
301-588-6244
remesdh@gmail.com

*Counsel for Petitioner*

Date:   July 14, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, I served the foregoing motion for emergency stay by email on Joseph Charles Folio, III < joseph.folio@usdoj.gov> and Andrew I. Warden <andrew_warden@usdoj.gov), Respondents' counsel.

/s/
_____
David H, Remes